```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>            Plaintiff,<br><br>vs.<br><br>JIM WEIBERT, MARTIN T. SMITH AND DAVID HENSLEY<br><br>            Defendant. | NO. C 06 3286 EDL<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for January 30, 2007 continued to ~~the date and~~ March 27, 2007 at 4:00pm in Courtroom E. ~~time of the motion for default judgment to be filed by plaintiff.~~

Dated: January 29, 2007 _____

                                        Mag. Judge Elizabeth D. Laporte

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE      1