IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JIM WEIBERT,<br><br>Defendant._____/ | No. C-06-03286 EDL<br><br>**ORDER FOR REASSIGNMENT** |

In light of the report and recommendation filed on April 6, 2007, the clerk shall reassign this matter forthwith to a district court judge.

**IT IS SO ORDERED.**

Dated: April 16, 2007

                                                        */s/ Elizabeth D. Laporte*
                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge