**United States District Court**
For the Northern District of California

1
2
3
4
5 UNITED STATES DISTRICT COURT
6 NORTHERN DISTRICT OF CALIFORNIA
7
8 BOARD OF TRUSTEES OF THE SHEET
METAL WORKERS,
No. C 06-3286 SI

9 Plaintiff,
**ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE LAPORTE**
10
v.
11
JIM WEIBERT,
12
13 Defendant.
                                                    /
14
15 Magistrate Judge Elizabeth D. Laporte issued her Report and Recommendation in this
16 matter on April 5, 2007 and it was filed in the docket on April 6, 2007.  The action was
17 subsequently reassigned to the undersigned District Judge.  No objections to the  Report and
Recommendation have been received from any party.
18
19 This Court has reviewed *de novo* the files and records in this case, and the Report and
20 Recommendation issued by Judge Laporte.  This Court concurs in and adopts Judge Laporte's
21 findings and analysis; and finds that plaintiff has proved, by a preponderance of the evidence,
22 that it is entitled to the unpaid contributions, attorneys fees and costs requested.  Judgment will
23 enter accordingly.

**IT IS SO ORDERED.**
24
25 Dated: April 23, 2007
26
27 SUSAN ILLSTON
United States District Judge
28